# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **AL-JABBAAR BEY,** | }<br>} |
| Petitioner, | }<br>} |
| v. | }   Case No.: 1:16-cv-01545-RDP-TMP |
| | } |
| **STATE OF ALABAMA,** *et al.*, | }<br>} |
| Respondents. | } |

## MEMORANDUM OPINION

Al-Jabbaar Bey ("Petitioner") filed a petition for writ of habeas corpus on September 14, 2016. (Doc. # 1). Along with the petition, Petitioner filed a motion to proceed *in forma pauperis*. (Doc. # 2). However, the motion to proceed *in forma pauperis* was not verified by an authorized officer of the institution and accompanied by a certified copy of prison account statements for the previous six months. The court notified the Petitioner of his deficient pleading on October 4, 2016. (Doc. # 4). The court sent Petitioner a second notice of deficient pleading on November 18, 2016. (Doc. # 5). On December 6, 2016, the second notice of deficient pleading was returned as "unable to forward." (Doc. # 6).

It is the responsibility of Petitioner to keep the court apprised of his address. Accordingly, the petition for writ of habeas corpus is due to be dismissed without prejudice for want of prosecution. A final order will be entered contemporaneously herewith.

**DONE** and **ORDERED** this December 9, 2016.

*/s/ R. David Proctor*
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE